United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GARY STEVE SIMMONS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-146 |
| | § | |
| AAMES FUNDING CORPORATION, *et* | § | |
| *al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

On March 10, 2020, the plaintiff filed his complaint in this case. Dkt. 1. To date, there is no indication that the plaintiff has served or attempted to serve the defendant.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Over 90 days have passed since the plaintiff filed his complaint. *See generally* Fed. R. Civ. P. 6(a). He has not requested additional time to serve the defendant. *See generally id.* at (b).

On September 1, 2020, the court ordered the plaintiff to show cause on or before September 8, 2020, as to why his claims should not be dismissed under Rule 4(m). Dkt. 11. That Rule specifies that "if the plaintiff shows good cause for the failure [to serve], the court must extend the time for service for an appropriate period." Fed R. Civ. P 4(m). The court warned the plaintiff that failure to show good

cause may result in the dismissal of this action. The plaintiff has not responded to the order to show cause.

Accordingly, it is **ORDERED** that the plaintiff's claims are dismissed without prejudice.

Signed on Galveston Island on this, the 11th day of September 2020.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE